UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALLAH,
Petitioner,
v.
DONALD R. HOLBROOK,
Respondent.

4:16-cv-05045-SAB

**ORDER ADOPTING REPORT AND RECCOMENDATION TO DISMISS**

Before the Court is Magistrate Judge Rodgers' Report and Recommendation, ECF No. 16. Magistrate Judge Rodgers has found, and the Court agrees, that Petitioner has presented no possible grounds for habeas relief.

Petitioner filed a timely objection to the Report and Recommendation, ECF No. 19, in the form of 204 pages of attachments and exhibits. The substance of Petitioner's objection is meritless and frivolous sovereign-citizen-style argument, religious exposition, and what can reasonably be construed as a threat against Judge Rodgers. ECF No. 19 at 3:21-4:2. Further, Petitioner fails to specifically identify which aspects of the Report he objects to and the reasons for the objection. With no proper grounds to reject the Report, it is hereby **adopted**.

//

//

**ACCORDINGLY, IT IS ORDERED THAT:**

1. Magistrate Judge John Rodgers' Report and Recommendation, ECF No. 16, is **ADOPTED IN ITS ENTIRETY** as the order of this Court.

2. The case is **DISMISSED** without prejudice.

3. Petitioner is warned that further frivolous filings could lead the Court to consider whether designating Petitioner as a vexatious litigation is proper.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter a judgment, and forward a copy to Petitioner and counsel. The District Court executive shall **close** the file. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 1st day of September, 2016.



Stanley A. Bastian
United States District Judge