# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALLAH,

*Plaintiff*

v.

DONALD R. HOLBROOK,

*Defendant*

)
)
)
)
)
)

Civil Action No. 4:16-CV-5045-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff Allah's case is dismissed without prejudice (ECF No. 20) . Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a Report and Recommendation by U.S. Magistrate Judge John T. Rodgers to Dismiss (ECF No. 16).

Date:   September 1, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb